```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RAVI KALIA,                                                        :
                                                                   :
                                  Plaintiff,                       :    19-CV-6242 (JMF)
                                                                   :
                -v-                                                :    ORDER
                                                                   :
CITY UNIVERSITY OF NEW YORK et al.,                                :
                                                                   :
                                  Defendants.                      :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* ECF No. 33, Defendants' earlier motion to dismiss filed at ECF No. 26 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **January 30, 2020**. Defendants' reply, if any, is due by **February 6, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

Dated: January 21, 2020
New York, New York                         _____
                                           JESSE M. FURMAN
                                           United States District Judge